JOHN S. PAYNE, Respondent, *v.* HENRY K. NORTON, as Trustee of the NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, et al., Defendants, and THE MOTOR HAULAGE COMPANY, INC., Appellant.

Argued April 5, 1951; decided April 13, 1951.

*H. H. Brown* and *William J. Magee* for appellant.

*Frank J. Wheelan, Thomas H. Bivin* and *Joseph S. McCann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.